■ GANNETT SUBURBAN NEWSPAPERS, Appellant, v EL-KAM REALTY COMPANY (A NEW YORK PARTNERSHIP), Respondent. [760 NYS2d 680] —In an action, inter alia, to recover damages for breach of contract, the plaintiff appeals, as limited by its brief, from so much of an order of the Supreme Court, Westchester County (Nastasi, J.), entered October 23, 2002, as denied its motion for leave to amend the complaint.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court providently exercised its discretion in denying the plaintiff's motion for leave to amend the complaint to add multiple causes of action. While generally leave to

amend should be freely given (*see* CPLR 3025 [b]), there must be a proper basis for granting the motion. Here, the plaintiff failed to demonstrate that the proposed amendment had merit (*see Heckler Elec. Co. v Matrix Exhibits-N.Y.,* 278 AD2d 279 [2000]; *Sharapata v Town of Islip,* 82 AD2d 350, 362 [1981], *affd* 56 NY2d 332 [1982]). Altman, J.P., Florio, Adams and Rivera, JJ., concur.